```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 17-00026-RNO
Angela Fullwood                                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: admin        Page 1 of 1        Date Rcvd: Mar 20, 2017
                            Form ID: ntfnmg    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2017.
db          +Angela Fullwood,   18 Nace Dr.,   Hanover, PA 17331-9411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2017 at the address(es) listed below:
          Eugene R. Campbell   on behalf of Debtor Angela  Fullwood campbell5145@comcast.net
          James  Warmbrodt   on behalf of Creditor  Wells Fargo Bank, N.A. Et Al... bkgroup@kmllawgroup.com
          Steven M. Carr (Trustee)   carrtrustee@yahoo.com, pa31@ecfcbis.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                 TOTAL: 4

ntfnmg(03/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Angela Fullwood  
Debtor(s)

Chapter 7

Case No. 1:17−bk−00026−RNO

## Notice

**Notice of Requirement to File Certification of Completion of Financial Management Course:**

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, you are required to file with the Court a statement of completion of a course concerning personal financial management (Official Form 423) before an Order of Discharge can be issued. If you do not file this statement on or before **April 2, 2017**, your case may be closed without the issuance of a discharge. If you subsequently file a Motion to Reopen the Case to allow for the filing of this statement, you must pay the full case reopening fee.

Official Form B 423 can be accessed at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
Ronald Reagan Federal Building  
PO Box 908  
Harrisburg, PA 17108  
(717) 901−2800

**For the Court:**  
Clerk of the Bankruptcy Court:  
Terrence S. Miller  
By: AutoDocketer

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: March 20, 2017