IN THE UNITED STATES BANKRUPTCY
COURT FOR
THE MIDDLE DISTRICT OF
PENNSYLVANIA

IN RE:
Angela Fullwood

CHAPTER 7
BK NO. 1-17-26

## MOTION TO EXTEND TIME TO FILE CERTIFICATE OF FINANCIAL MANAGEMENT COURSE

Debtor has been unable to file her Certificate of Finanacial Mangagement Course and requests an extension of time to file same until April 10, 2017.

Respectfully submitted,

S/Eugene R. Campbell
Supr. Ct. I.D. #07447
2205 E. Market St.
York, PA 17402
717 755-5978
Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
Angela Fullwood

Chapter 7

No. 17-26

ORDER

AND NOW, to wit, this _____ day of April, 2017, Debtor is granted an extension of time until April 10, 2017 to file a Certificate of Financial Management Course.

BY THE COURT:

_____
President Judge