IN THE UNITED STATES BANKRUPTCY COURT FOR

THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                                             Chapter 7

Angela Fullwood                                        No. 17-26

ORDER

AND NOW, to wit, this _____ day of April, 2017, Debtor is granted an extension of time until April 10, 2017 to file a Certificate of Financial Management Course.

BY THE COURT:

_____

President Judge