IN THE UNITED STATES BANKRUPTCY COURT FOR

THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          Chapter 7

Angela Fullwood                                 No. 17-26


ORDER

AND NOW, to wit, this          day of April, 2017, Debtor is granted an extension of

time until April 10, 2017 to file a Certificate of Financial Management Course.


BY THE COURT:

_____

Bankruptcy Judge