In re:                                                          Case No. 17-00026-RNO
Angela Fullwood                                                 Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Apr 07, 2017
                 Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
db            +Angela Fullwood,   18 Nace Dr.,   Hanover, PA 17331-9411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
        Eugene R. Campbell    on behalf of Debtor Angela  Fullwood campbell5145@comcast.net
        James  Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A. Et Al... bkgroup@kmllawgroup.com
        Steven M. Carr (Trustee)    carrtrustee@yahoo.com,  pa31@ecfcbis.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY

COURT FOR

THE MIDDLE DISTRICT OF
PENNSYLVANIA

IN RE:                                          Chapter 7

Angela Fullwood                                 No. 17-26

ORDER

AND NOW, to wit, Debtor is granted an extension of time until April 10, 2017 to

file a Certificate of Financial Management Course.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: April 6, 2017