Certificate Number: 11760-PAM-DE-019093657

Bankruptcy Case Number: 12-04420



11760-PAM-DE-019093657

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2012, at 8:52 o'clock AM PDT, Alvin Fullwood completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 4, 2012        By:    /s/Jennifer L Walter

Name:  Jennifer L Walter

Title: Teacher