Certificate Number: 11760-PAM-DE-028976569

Bankruptcy Case Number: 17-00026


11760-PAM-DE-028976569

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 24, 2017, at 6:08 o'clock PM PDT, Angela Fullwood completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 25, 2017     By: /s/Jennifer L Walter

Name: Jennifer L Walter

Title: Teacher