```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
In re:                                                          Case No. 17-00026-RNO
Angela Fullwood                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1        User: LyndseyPr         Page 1 of 1         Date Rcvd: Apr 25, 2017
                            Form ID: 318            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db             +Angela Fullwood,    18 Nace Dr.,    Hanover, PA 17331-9411
4870960         Carrington Mortgage Services LLC,    PO Box 79001,    Phoenix, AZ 85062-9001
4870965        +Midland Funding LLC,    2 Industrial Way West,    Eatontown, NJ 07724-2265
4907714        +Northwest Hospital,    PO Box 418733,    Boston, MA 02241-8733
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4870961         EDI: DIRECTV.COM Apr 25 2017 19:04:00      DirectTV,    PO Box 6550,    Englewood, CO 80155
4870962        +EDI: IIC9.COM Apr 25 2017 19:04:00      IC System,    444 Highway 96 E PO Box 64378,
                 Saint Paul, MN 55164-0378
4870963        +EDI: RMSC.COM Apr 25 2017 19:04:00      Lowes Synchrony Bank,    PO Box 530914,
                 Atlanta, GA 30353-0914
4870964        +EDI: TSYS2.COM Apr 25 2017 19:03:00      Macys,    PO Box 8058,    Mason, OH 45040-8058
4870966         EDI: PRA.COM Apr 25 2017 19:03:00      Portfolio Recovery Associates LLC,     120 Corporate Blvd,
                 Norfolk, VA 23502
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
              Eugene R. Campbell    on behalf of Debtor Angela  Fullwood campbell5145@comcast.net
              James  Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A. Et Al... bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Angela Fullwood** | Social Security number or ITIN | xxx–xx–8853 |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | | |
| Case number:   **1:17–bk–00026–RNO** | | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Angela Fullwood

**By the court:**

April 25, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: LyndseyPrice, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2